UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR ROSARIO,

                Petitioner,

-against-

THOMAS DECKER, as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement, ALEJANDRO MAYORKAS, as Acting Secretary, U.S. Department of Homeland Security, MERRICK GARLAND, as Attorney General, U.S. Department of Justice,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/19/2021_

21 Civ. 4815 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Petitioner's motion at ECF No. 17. By **September 1, 2021**, Respondents shall file their opposition papers. By **September 8, 2021**, Petitioner shall file his reply, if any.

    SO ORDERED.

Dated: August 19, 2021
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge