**U.S. Department...**

United States...
Southern Di...

86 Chambers Stre...
New York, New Y...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2021

September 1, 2021

**VIA ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Rosario v. Decker*, No. 21 Civ. 4815 (AT)

Dear Judge Torres:

This Office represents the government in the above-referenced action. The government's opposition to the petitioner's "motion to enforce" is due today. *See* ECF No. 23. I write respectfully, with the consent of petitioner's counsel, to request permission to file under seal unredacted versions of the official bond transcript and the immigration judge's written bond decision, which will be attached as redacted exhibits to the government's forthcoming opposition. I also respectfully request permission to file under seal an unredacted version of the government's opposition.[1] These documents contain information that falls within the category of sensitive information that should be considered for redaction under Your Honor's individual rules, *see* Individual Practices in Civil Cases (July 9, 2021) Rule IV(A)(i), and the Court previously granted the petitioner's similar request with respect to documents in support of his opening motion, *see* ECF No. 24. Consistent with Rule IV(A)(ii) of Your Honor's rules, these unredacted documents will be filed under seal via ECF and electronically related to this letter motion.

I thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

GRANTED. Petitioner's privacy interest in the categories of information enumerated in Rule IV.A.i of the Court's Individual Practices outweighs the public's right of access to judicial documents.

SO ORDERED.

Dated: September 2, 2021
New York, New York

*[signature]*

ANALISA TORRES
United States District Judge