**The Bronx Defenders — Redefining public defense.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/9/2021_

September 8, 2021

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Rosario v. Decker*, 21-cv-4815 (AT)

Dear Judge Torres,

I represent Petitioner Mr. Victor Rosario in his petition for a writ of habeas corpus filed on May 30, 2021, as well as his motions to enforce and alter or amend the Court's July 20, 2021, order granting his petition.

We respectfully move the Court to grant leave to file under seal an unredacted version of the Petitioner's reply in support of his motions, which contains information that falls within the category of sensitive information that should be considered for redaction under Your Honor's individual rules, *see* Individual Practices in Civil Cases (July 9, 2021) Rule IV(A), and the Court previously granted similar requests with respect to documents submitted by both parties.

Thank you for your consideration of this submission.

                                Respectfully submitted,

                                */s/ Zoe Levine*
                                Zoe Levine
                                THE BRONX DEFENDERS
                                360 East 161st Street
                                Bronx, New York, 10451

    cc: Counsel for Respondents
        (by ECF & email)

---

GRANTED. Petitioner's privacy interest in the categories of information enumerated in Rule IV.A.i of the Court's Individual Practices outweighs the public's right of access to judicial documents.

SO ORDERED.

Dated: September 9, 2021
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge