UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR ROSARIO,

                Petitioner,

-against-

THOMAS DECKER, as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement, ALEJANDRO MAYORKAS, as Acting Secretary, U.S. Department of Homeland Security, MERRICK GARLAND, as Attorney General, U.S. Department of Justice,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2021_____

21 Civ. 4815 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Petitioner, Victor Rosario, has been released from the custody of the U.S. Immigration and Customs Enforcement. ECF No. 35. Petitioner's motion to enforce and alter or amend the judgment was withdrawn on October 27, 2021. *Id.* Accordingly, the motion to enforce and alter or amend the judgment, ECF No. 17, is moot. The Clerk of Court is directed to terminate the motion at ECF No. 17.

      SO ORDERED.

Dated: November 22, 2021
       New York, New York

ANALISA TORRES
United States District Judge